FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     v.<br><br>TOMMIE JOE FLETT,<br><br>                 Defendant. | No.   2:18-cr-00157-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

     **IT IS HEREBY ORDERED**: The Government's unopposed Motion for Protective Order, **ECF No. 59**, and related motion to expedite, **ECF No. 60**, are **GRANTED**. Pursuant to Federal Rule of Criminal Procedure 16(d)(1) and the parties' stipulation, the Government's proposed Protective Order, **ECF No. 59-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

     **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

     **DATED** this 15th day of April 2019.

                                        SALVADOR MENDOZA, JR.
                                        United States District Judge